UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

IN RE:  Case No.: 15-27753-LMI

CARLOS MANUEL GONZALEZ,  Chapter 7

      Debtor.                       /

PRELIMINARY RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 2 [D.E. 223]

COMES NOW, Creditor, Ditech Financial LLC ("Secured Creditor"), and files this written response to the Trustee Objection to Claim No. 2 [D.E. 223], and as grounds therefor states:

1. Ditech Financial LLC is a secured creditor and filed Claim 2-1 in the instant case reflecting a secured claim against the Debtor's property, 207 Elderwood Street, Winter Springs, FL 32708 (the "Subject Property"), in the amount of $153,792.79

2. On August 24, 2018, the Trustee filed this instant Objection to Claim No. 2 [D.E. 223]. Trustee's Objection indicates that the Subject Property was not administered by the Trustee as he did not administer the collateral that attaches to the Secured Creditor lien. As such, the Trustee states that the Secured Creditor may be entitle to a general unsecured claim for any deficiency balance after disposing of its collateral. The Trustee is requesting that an Amended Claim be filed within thirty (30) days to reflect a general unsecured claim for any deficiency balance, together with supporting documentation, or the Trustee will recommended that the Claim be stricken and disallowed.

3. Secured Creditor needs additional time to review its records to respond to the allegations contained in the objection.

4. Secured Creditor reserves the right to supplement its response.

WHEREFORE, Ditech Financial LLC requests that this Court deny the Trustee Objection to Claim No. 2 [D.E. 223] and grant such other and further relief as the Court deems just and proper.

DATED this 28th day of August, 2018

Respectfully submitted,

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 28th day of August, 2018:

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 15-27753-LMI)**

Debtor
Carlos Manuel Gonzalez
16 Coral Dr.
Key Largo, FL 33037-4350

Attorney for Debtor
Timothy L Dave
PO Box 951535
Lake Mary, FL 32795

Attorney for Debtor
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

Trustee
Barry E Mukamal
1 SE 3 Avenue Ste 2150
Box 158
Miami, FL 33131